Lyman P. French, Appellant, v. The Brush-Swan Electric-Light Company of New England, Re-

spondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.